YATES, Respondent, v. BRACKENRIDGE, Appellant.

1. Where there is any testimony which tends to support any of the issues in a cause, it is error to instruct the jury that there is no evidence before them.

*Appeal from St. Louis Court of Common Pleas.*

*Breckenridge & Page*, for appellant.

*Gantt*, for respondent.

RICHARDSON, Judge, delivered the opinion of the court.

We think that the evidence offered by the defendant tended to show the truth of the answer as to a partial failure, and the circumstances that led to the execution of the note; and

the instruction was therefore erroneous that declared there was no evidence on the subject. (Rippey v. Friede, 26 Mo. 523.) A party resisting the payment of a note on the ground that it was obtained by fraud or without consideration is not bound to show what occurred at the time of its execution by a witness who was present, but in the absence of more *direct* proof may establish his defence by circumstances.

The other judges concurring, the judgment will be reversed and the cause remanded.